UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                                    ORDER
v.                                                    06-CR-210

DERRICK NAILOR,

                        Defendant.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(A).  On April 9, 2007,  Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion to suppress be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties.  No objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion to suppress is denied.  The case is referred back to the Magistrate Judge Scott for further proceedings.

SO ORDERED.

s/ *Richard J. Arcara*  
HONORABLE RICHARD J. ARCARA  
CHIEF JUDGE  
UNITED STATES DISTRICT COURT

DATED: April 28 , 2007